

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Gaslight Square, Inc. | Date | 10/3/2012 |
| Address | 6798 Crosswinds Dr. Suite C202 | Order No. | |
| City | St. Petersburg    State FL    ZIP 33707 | Rep | |
| Phone | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **Lease to Academy Insurance** | | |
| | | | |
| | % of Net Lease         5% | | |
| | sf            Yrs  Rate | | |
| | Based on rsf       1,148     3        $   29,354.47 | | |
| | Total                              $   29,354.47 | | |
| | | | |
| | **DUE upon signing** | | |
| | **Due 10/1/2012**    100% | 5% | $    1,467.72 |
| | | | |
| | | | |
| | | SubTotal | $    1,467.72 |
| | | Shipping | |

| Payment | Check | | |
|---|---|---|---|
| Comments | | Tax Rate(s) | |
| Name | | | |
| CC # | | **TOTAL** | $    1,467.72 |
| Expires | | | |

Office Use Only

