IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GASLIGHT SQUARE, INC.,           CASE NO. 8:12-bk-14765-KRM

Debtor.                                   Chapter 11
_____/

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2091-1 and the applicable Federal Rules of Bankruptcy Procedure, Donald R. Kirk, Esq. and the law firm of Fowler White Boggs P.A., attorneys of record for Creditor WELLS FARGO BANK, N.A., as Trustee for the registered holders of JP Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-CIBC11 ("Wells Fargo Bank") and Denise D. Dell-Powell, Esq. and the law firm of Burr & Forman LLP, jointly move for leave of Court to allow Donald R. Kirk, Esq. and the law firm of Fowler White Boggs P.A. to withdraw as counsel and for Denise D. Dell-Powell, Esq. and the law firm of Burr & Forman LLP be substituted as counsel for Wells Fargo Bank. The Creditor, Wells Fargo Bank has been notified and consents to the substitution of counsel. The undersigned attorneys are unaware of any objections to the substitution and respectfully request the entry of an Agreed Order Granting Substitution of Counsel.

_____
Donald R. Kirk, Esq.
Florida Bar No. 0105767
Jake C. Blanchard, Esq.
Florida Bar No. 055438
Fowler White Boggs P.A.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: dkirk@fowlerwhite.com
jake.blanchard@fowlerwhite.com

_____
Denise D. Dell-Powell, Esq.
Florida Bar No. 0890472
Michael A. Nardella, Esq.
Florida Bar No. 51265
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: ddpowell@burr.com
mnardella@burr.com

1493094 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2012, I electronically filed the foregoing Joint Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

_____
Denise D. Dell-Powell, Esquire