UNITED STATES BANKRUPTCY COURT
Middle _____ DISTRICT OF Florida
Tampa _____ DIVISION

IN RE:

*Gaslight Square Inc* (handwritten)

}
}
}
}
}
}

DEBTOR.

CASE NUMBER 8-12-bk-14765-KRM

JUDGE K. Rodney May

CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 2|1|13 TO 2|28|13

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Marshall G. Reissman
_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

*Gaslight Square Inc* (handwritten)
*6798 Crosswinds Dr N* (handwritten)
*St. Petersburg, FL 33710* (handwritten)
*(727) 344-3600* (handwritten)

Attorney's Address
and Phone Number:

5150 Central Avenue

St. Petersburg, FL 33707

727-322-1999

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 2/1/13 AND ENDING 2/28/13

Name of Debtor: Gaslight Square Inc    Case Number: 8-12-bk-14765-KRM
Date of Petition: 9/20/12

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 21,190.71 (a) | _____ (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | 36,471.37 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 57,662.08 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 2869.63 | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies *Security Deposit a/c* | 2846.89 | |
| J. ~~Payroll - Net~~ *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | 105.00 | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | 19,500.00 | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 1773.76 | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 197.64 | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 3778.31 | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | 2736.07 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 33,806.70 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 23,855.38 (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 28th day of March 20 13.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Batty Biscuit Water Recovery | $ 109.87 | |
| Chili's Water Recovery | 119.73 | |
| " | 857.73 | |
| Rents | 35,384.04 | |
| **TOTAL OTHER RECEIPTS** | **$ 36,471.37** | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Thomas Powell | $ 575.00 | |
| Angel Ali | 75.00 | |
| Terminix | 58.85 | |
| Pawn Shark | 500.00 | |
| Remax Metro | 1467.22 | |
| Floridian Pest | 60.00 | |
| **TOTAL OTHER DISBURSEMENTS** | **$ 2736.07** | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Gaslight Square Inc Case Number: 8-12-bK-14765-KRM

Reporting Period beginning 2/1/13      Period ending 2/28/13

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 0 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ 0 | * |
| End of Month Balance | $ 0 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $ 0 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Gaslight Square Inc    Case Number: 8-12-bK-14765-KRM

Reporting Period beginning 2|1|13    Period ending 2|28|13

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

Opening Balance $_____ (a)
PLUS: New Indebtedness Incurred This Month $_____
MINUS: Amount Paid on Post Petition,
Accounts Payable This Month $_____
PLUS/MINUS: Adjustments $_____ *
Ending Month Balance $_____ (c)

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Wells Fargo | 2/10/13 | $19,500 | | |
| | | | | |
| | | | | |

TOTAL $19,500 (d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: *Gaslight Square Inc* Case Number: *8-12-bk-14765-KRM*

Reporting Period beginning *2/1/13* Period ending *2/28/13*

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE: $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month      $ _____
      PLUS: Inventory Purchased During Month      $ _____ (a)
      MINUS: Inventory Used or Sold      $ _____
      PLUS/MINUS: Adjustments or Write-downs      $ _____ *
    Inventory on Hand at End of Month      $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ___% | ___% | ___% | ___% = | ___100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: *1.8 Million* (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month      $ _____
    MINUS: Depreciation Expense      $ _____ (a)(b)
    PLUS: New Purchases      $ _____
    PLUS/MINUS: Adjustments or Write-downs      $ _____ *
Ending Monthly Balance      $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor Gaslight Square Inc  Case Number: 8-12-bK-14765-KRM

Reporting Period beginning 2/1/13  Period ending 2/28/13

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo  BRANCH: _____

ACCOUNT NAME: Gaslight Square ACCOUNT NUMBER: 1813

PURPOSE OF ACCOUNT: OPERATING _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 12,612.21 |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ 12,612.21 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Gaslight Square Inc    Case Number: 8-12-bk-14765-KRM

Reporting Period beginning 2/1/13    Period ending 2/28/13

NAME OF BANK: Wells Fargo    BRANCH: _____

ACCOUNT NAME: Gaslight Square

ACCOUNT NUMBER: 1813

PURPOSE OF ACCOUNT: _____ OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 2/5/13 | 1060 | Berkadia | Mortgage | $19,500.00 |
|  | 1061 | Progress Energy | Common Areas | 494.94 |
|  | 1062 | TPUFS | Insurance | 2869.63 |
|  | 1063 | City of St Pete | Water whole plaza | 1332.18 |
|  | 1064 |  |  | 1971.19 |
|  | 1065 | Thomas Powell | Cleaning VA | 575.00 |
|  | 1066 | Remax Metro | Realtor Commission | 1467.22 |
| 2/8/13 | 1067 | Angel Air | A/c repair | 75.00 |
| 2/12/13 | 1068 | Verizon | Phone | 177.64 |
| 2/13/13 | online | Transfer to Sales tax acct | | 1800.00 |
| 2/20/13 | 1069 | Landers legal | fee delinquent tenant | 105.00 |
|  | 1070 | Terminix | Monthly Pest outside | 58.85 |
| 2/26/13 | 1071 | Floridian Pest Control | VA | 60.00 |
|  | 1072 | Lawn Shark | Lawn Monthly | 500.00 |

TOTAL    $30,986.65

# Business Checking Plus

Account number: ⬤⬤⬤⬤1813   ∨   January 11, 2013 - February 11, 2013   ∨   Page 1 of 5



GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE 12-14765 MFL
PO BOX 47683
ST PETERSBURG FL 33743-7683

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑3 |
| Online Statements | ☑3 |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/11 | $26,597.68 |
| Deposits/Credits | 38,665.48 |
| Withdrawals/Debits | - 53,842.97 |
| **Ending balance on 2/11** | **$11,420.19** |
| Average ledger balance this period | $20,152.65 |

Account number: **9152851813**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0037487
Sheet 00001 of 00003

Account number:  ████1813    ᵥ  January 11, 2013 - February 11, 2013    ᵥ  Page 2 of 5



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.15 |
| Average collected balance | $18,802.18 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.15 |
| Interest paid this year | $0.32 |
| Total interest paid in 2012 | $0.27 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/14 | | Deposit | 4,615.99 | | |
| 1/14 | | Online Transfer Ref #Ibexknt9Wn to Business Checking xxxxxx1821 on 01/14/13 | | 1,800.00 | |
| 1/14 | 1047 | Check | | 2,275.00 | |
| 1/14 | 1049 | Check | | 1,650.00 | |
| 1/14 | 1048 | Check | | 200.00 | 25,288.67 |
| 1/15 | 1050 | Check | | 900.00 | 24,388.67 |
| 1/16 | | Deposit | 1,566.48 | | |
| 1/16 | 1045 | Check | | 1,690.15 | |
| 1/16 | 1046 | Check | | 854.64 | |
| 1/16 | 1042 | Check | | 339.98 | 23,070.38 |
| 1/18 | * 1044 | Verizon Financia Payments 130117 01044 930172066470024 | | 199.15 | 22,871.23 |
| 1/22 | 1052 | Cashed Check | | 585.00 | 22,286.23 |
| 1/24 | 1051 | Check | | 6,957.00 | 15,329.23 |
| 1/28 | 1054 | Check | | 975.00 | |
| 1/28 | 1053 | Check | | 58.85 | 14,295.38 |
| 1/29 | 1057 | Check | | 2,275.00 | |
| 1/29 | 1058 | Check | | 200.00 | 11,820.38 |
| 1/30 | 1055 | Check | | 500.00 | 11,320.38 |
| 2/1 | | Deposit | 6,373.07 | | |
| 2/1 | 1059 | Check | | 1,692.54 | 16,000.91 |
| 2/4 | 1056 | Check | | 2,500.00 | 13,500.91 |
| 2/5 | | US Treasury 310 EDI Misc 36001200 A*1*000005290\ | 6,342.92 | | 19,843.83 |
| 2/6 | | Deposit | 19,766.87 | | |
| 2/6 | 1065 | Check | | 575.00 | 39,035.70 |
| 2/7 | * 1061 | Progressenergyfl Arc 130206 1061 5109398006 | | 474.94 | 38,560.76 |
| 2/8 | 1060 | Check | | 19,500.00 | |
| 2/8 | 1066 | Check | | 1,467.72 | 17,593.04 |
| 2/11 | 1062 | Check | | 2,869.63 | |
| 2/11 | 1064 | Check | | 1,971.19 | |
| 2/11 | 1063 | Check | | 1,332.18 | |
| 2/11 | | Interest Payment | 0.15 | | 11,420.19 |
| **Ending balance on 2/11** | | | | | 11,420.19 |
| **Totals** | | | **$38,665.48** | **$53,842.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

Account number: ●●●●1813   ∨   January 11, 2013 - February 11, 2013   ∨   Page 3 of 5



**WELLS FARGO**

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1042 | 1/16 | 339.98 | 1051 | 1/24 | 6,957.00 | 1059 | 2/1 | 1,692.54 |
| 1044 * | 1/18 | 199.15 | 1052 | 1/22 | 585.00 | 1060 | 2/8 | 19,500.00 |
| 1045 | 1/16 | 1,690.15 | 1053 | 1/28 | 56.85 | 1061 | 2/7 | 474.94 |
| 1046 | 1/16 | 854.64 | 1054 | 1/28 | 975.00 | 1062 | 2/11 | 2,869.63 |
| 1047 | 1/14 | 2,275.00 | 1055 | 1/30 | 500.00 | 1063 | 2/11 | 1,332.18 |
| 1048 | 1/14 | 200.00 | 1056 | 2/4 | 2,500.00 | 1064 | 2/11 | 1,971.19 |
| 1049 | 1/14 | 1,650.00 | 1057 | 1/29 | 2,275.00 | 1065 | 2/6 | 575.00 |
| 1050 | 1/15 | 900.00 | 1058 | 1/29 | 200.00 | 1066 | 2/8 | 1,467.72 |

\* Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 41 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number: ●●●●1813   ∨  January 11, 2013 - February 11, 2013   ∨   Page 4 of 5



Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: ●●●●1813 ∨ January 11, 2013 - February 11, 2013 ∨ Page 5 of 5


WELLS FARGO

## General statement policies for Wells Fargo Bank

∨ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your       $ _____
   register or transfers into         $ _____
   your account which are not         $ _____
   shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Sheet Seq = 0037489
Sheet 00003 of 00003

3/17/2013 3:47 PM

# Business Checking Plus

Account number: ●●●●1813   ∨   February 12, 2013 - March 11, 2013   ∨   Page 1 of 4



GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE 12-14765 MFL
PO BOX 47683
ST PETERSBURG FL 33743-7683

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | 3 |
| Online Statements | 3 |
| Business Bill Pay | ☐ |
| Business Spending Report | 3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/12 | $11,420.19 |
| Deposits/Credits | 36,064.78 |
| Withdrawals/Debits | - 31,498.29 |
| **Ending balance on 3/11** | **$15,986.68** |
| | |
| Average ledger balance this period | $18,796.30 |

Account number:  **9152851813**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

ession.cgi                      https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=aM9...

Account number: 1813   ∨ February 12, 2013 - March 11, 2013   ∨ Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.12 |
| Average collected balance | $17,756.91 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.12 |
| Interest paid this year | $0.44 |
| Total interest paid in 2012 | $0.27 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/14 | | Deposit | 1,710.94 | | 13,131.13 |
| 2/15 | | Online Transfer Ref #Ibetnwby49 to Business Checking xxxxxx1821 on 02/15/13 | | 1,800.00 | |
| 2/15 | 1067 | Check | | 75.00 | 11,256.13 |
| 2/19 | * 1068 | Verizon Financia Payments 130215 01068 930468255500100 | | 197.64 | 11,058.49 |
| 2/22 | 1069 | Check | | 105.00 | 10,953.49 |
| 2/25 | 1070 | Check | | 58.85 | 10,894.64 |
| 2/27 | | Deposit | 2,277.57 | | |
| 2/27 | 1071 | Check | | 60.00 | 13,112.21 |
| 2/28 | 1072 | Check | | 500.00 | 12,612.21 |
| 3/4 | | Deposit | 22,876.19 | | |
| 3/4 | 1082 | Check | | 2,275.00 | |
| 3/4 | 1078 | Check | | 200.00 | 33,013.40 |
| 3/5 | | US Treasury 310 EDI Misc 36001200 A*1*000005327\ | 6,342.92 | | 39,356.32 |
| 3/6 | | Deposit | 2,857.04 | | |
| 3/6 | 1075 | Check | | 80.09 | 42,133.27 |
| 3/7 | 1074 | Check | | 702.08 | |
| 3/7 | 1076 | Check | | 575.00 | 40,856.19 |
| 3/11 | 1073 | Check | | 19,500.00 | |
| 3/11 | 1079 | Check | | 2,869.63 | |
| 3/11 | 1083 | Check | | 2,500.00 | |
| 3/11 | | Interest Payment | 0.12 | | 15,986.68 |
| **Ending balance on 3/11** | | | | | **15,986.68** |
| **Totals** | | | **$36,064.78** | **$31,498.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\*  ***Converted check:*** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1067 | 2/15 | 75.00 | 1072 | 2/28 | 500.00 | 1078 * | 3/4 | 200.00 |
| 1068 | 2/19 | 197.64 | 1073 | 3/11 | 19,500.00 | 1079 | 3/11 | 2,869.63 |
| 1069 | 2/22 | 105.00 | 1074 | 3/7 | 702.08 | 1082 * | 3/4 | 2,275.00 |
| 1070 | 2/25 | 58.85 | 1075 | 3/6 | 80.09 | 1083 | 3/11 | 2,500.00 |
| 1071 | 2/27 | 60.00 | 1076 | 3/7 | 575.00 | | | |

\*  *Gap in check sequence.*

ession.cgi                                    https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=aM9...

Account number: ⬤⬤⬤⬤1813    v  February 12, 2013 - March 11, 2013   v   Page 3 of 4



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 30 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

---

Effective June 18, 2013, American Express[4] Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: ⬤⬤⬤1813   v   February 12, 2013 - March 11, 2013   v   Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

v **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . .   . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**ATTACHMENT 4B** Tenant Deposits

**MONTHLY SUMMARY OF BANK ACTIVITY - ~~PAYROLL~~ ACCOUNT**

Name of Debtor: Gaslight Square Inc  Case Number: 8-12-bK-14765-KRM

Reporting Period beginning 2/1/13        Period ending 2/28/13

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Wells Fargo      BRANCH: ＃

ACCOUNT NAME Gaslight Square ACCOUNT NUMBER: 1672

PURPOSE OF ACCOUNT:  ~~PAYROLL~~ Tenant Deposits

| | |
|---|---|
| Ending Balance per Bank Statement | $ 10,779.04 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 10,779.04 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Gaslight Square Inc   Case Number: 8-12-bk-14765-KRM

Reporting Period beginning 2/1/13   Period ending 2/28/13

NAME OF BANK: Wells Fargo   BRANCH: _____

ACCOUNT NAME Gaslight Square

ACCOUNT NUMBER: 1672

PURPOSE OF ACCOUNT: ~~PAYROLL~~   Tenant Deposits

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 2/14/3 | 1 | Marriage+Family | Deposit return Lease terminated | $2846.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                       $ 2846.29

# Business Checking Plus

Account number: ●●●●1672   ∨   January 10, 2013 - February 10, 2013   ∨   Page 1 of 3


**WELLS FARGO**

GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE #12-14765 MFL
6798 CROSSWINDS DR N STE C202
ST PETERSBURG FL 33710-8610

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑3 |
| Online Statements | ☑3 |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/10 | $13,625.23 |
| Deposits/Credits | 0.10 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 2/10** | **$13,625.33** |
| Average ledger balance this period | $13,625.23 |

Account number:  **9152851672**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ●●●●1672    v    January 10, 2013 - February 10, 2013    v    Page 2 of 3



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.10 |
| Average collected balance | $13,625.23 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.10 |
| Interest paid this year | $0.20 |
| Total interest paid in 2012 | $0.13 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/8 | | Interest Payment | 0.10 | | 13,625.33 |
| Ending balance on 2/10 | | | | | 13,625.33 |
| **Totals** | | | **$0.10** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# IMPORTANT ACCOUNT INFORMATION

---

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

---

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: ●●●●●1672   v  January 10, 2013 - February 10, 2013   v  Page 3 of 3



WELLS FARGO

---

### General statement policies for Wells Fargo Bank

v  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your             $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Sheet Seq = 0011118
Sheet 00002 of 00002

3/17/2013 3:45 PM

# Business Checking Plus

Account number: ●●●●1672    ∨ February 11, 2013 - March 10, 2013    ∨ Page 1 of 4



GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE #12-14765 MFL
6798 CROSSWINDS DR N STE C202
ST PETERSBURG FL 33710-8610

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | 3 |
| Online Statements | 3 |
| Business Bill Pay | ☐ |
| Business Spending Report | 3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/11 | $13,625.33 |
| Deposits/Credits | 0.08 |
| Withdrawals/Debits | - 2,846.29 |
| **Ending balance on 3/10** | **$10,779.12** |
| Average ledger balance this period | $11,287.30 |

Account number: **9152851672**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

ession.cgi

 https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=tp9bi...

Account number: ●●●●1672  v  February 11, 2013 - March 10, 2013  v  Page 2 of 4


WELLS
FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.08 |
| Average collected balance | $11,084.00 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.08 |
| Interest paid this year | $0.28 |
| Total interest paid in 2012 | $0.13 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/14 | | Check | | 2,846.29 | 10,779.04 |
| 3/8 | | Interest Payment | 0.08 | | 10,779.12 |
| Ending balance on 3/10 | | | | | 10,779.12 |
| **Totals** | | | **$0.08** | **$2,846.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| | 2/14 | 2,846.29 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 1 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Account number: ●●●●●1672    ∨ February 11, 2013 - March 10, 2013    ∨ Page 3 of 4



Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

ess
ion.cgi    https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=tp9bi...

Account number: ●●●●1672   v  February 11, 2013 - March 10, 2013   v  Page 4 of 4


WELLS
FARGO

---

### General statement policies for Wells Fargo Bank

v  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into           $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

3/17/2013 3:45 PM

**ATTACHMENT 4C**

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor Gaslight Square Inc    Case Number: 8-12-bk-14765-KRM

Reporting Period beginning 2/1/13    Period ending 2/28/13

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm

NAME OF BANK: Wells Fargo    BRANCH: _____

ACCOUNT NAME: Gaslight Square    ACCOUNT NUMBER: 1821

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 432.16 |
| Plus Total Amount of Outstanding Deposits | $ — |
| Minus Total Amount of Oustanding Checks and other debits | $ — * |
| Minus Service Charges | $ — |
| Ending Balance per Check Register | $ 432.16 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: Gaslight Square Inc    Case Number: 8-12-bk-14765-KRM

Reporting Period beginning 2|1|13    Period ending 2|28|13

NAME OF BANK: Wells Fargo    BRANCH: _____

ACCOUNT NAME: Gaslight Square    ACCOUNT # 1821

PURPOSE OF ACCOUNT: TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| CHECK DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2|19|13 | Online | FL Dept Revenue | Sales Tax | $1773.76 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $1773.76 (d)

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Payroll Taxes Paid | —— (a) |
| Sales & Use Taxes Paid | 1773.76 (b) |
| Other Taxes Paid | —— (c) |
| TOTAL | $1773.76 (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

ession.cgi                                          https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=Buh...

# Business Checking Plus

Account number: **1821    ⌄  January 10, 2013 - February 10, 2013    ⌄  Page 1 of 4



WELLS FARGO

GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE 12-14765 MFL
PO BOX 47683
ST PETERSBURG FL 33743-7683

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
          P.O. Box 6995
          Portland, OR  97228-6995



## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ 3 |
| Online Statements | ☑ 3 |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ 3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/10 | $309.57 |
| Deposits/Credits | 1,800.01 |
| Withdrawals/Debits | - 1,703.66 |
| **Ending balance on 2/10** | **$405.92** |
| | |
| Average ledger balance this period | $631.95 |

Account number:  **9152851821**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN)  063107513

For Wire Transfers use
Routing Number (RTN)  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(287)
Sheet Seq = 0011119
Sheet 00001 of 00002

summary

Account number:  ▓▓▓▓1821   ∨  January 10, 2013 - February 10, 2013   ∨  Page 2 of 4



**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $617.82 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |
| Total interest paid in 2012 | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/14 | | Online Transfer Ref #Ibex knf9Wn From Business Checking xxxxxx1813 on 01/14/13 | 1,800.00 | | 2,109.57 |
| 1/18 | | Fla Dept Revenue C01 130117 000000013254121 Gaslight Square | | 1,687.66 | 421.91 |
| 2/8 | | Interest Payment | 0.01 | | |
| 2/8 | | Monthly Service Fee | | 16.00 | 405.92 |
| **Ending balance on 2/10** | | | | | **405.92** |
| **Totals** | | | **$1,800.01** | **$1,703.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 1 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013

Account number:  ████1821    v   January 10, 2013 - February 10, 2013   v   Page 3 of 4



- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: **1821**   v   January 10, 2013 - February 10, 2013   v   Page 4 of 4



---

### General statement policies for Wells Fargo Bank

v **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . .   $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

ession.cgi

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=QO...

# Business Checking Plus

Account number: ⬤⬤⬤⬤1821   ∨   February 11, 2013 - March 10, 2013   ∨   Page 1 of 4



GASLIGHT SQUARE INC
DEBTOR IN POSSESSION
CH 11 CASE 12-14765 MFL
PO BOX 47683
ST PETERSBURG FL 33743-7683

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | 3 |
| Online Statements | 3 |
| Business Bill Pay | ☐ |
| Business Spending Report | 3 |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/11 | $405.92 |
| Deposits/Credits | 1,800.00 |
| Withdrawals/Debits | - 1,789.76 |
| **Ending balance on 3/10** | **$416.16** |
| Average ledger balance this period | $679.93 |

Account number: **9162851821**

**GASLIGHT SQUARE INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-14765 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(287)
Sheet Seq = 0015115
Sheet 00001 of 00002

3/17/2013 3:50 PM

:ession.cgi
https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=QO...

Account number:   ●●●●●1821   v   February 11, 2013 - March 10, 2013   v   Page 2 of 4



WELLS
FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $680.66 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |
| Total interest paid in 2012 | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/15 | | Online Transfer Ref #Ibetnwby49 From Business Checking xxxxxx1813 on 02/15/13 | 1,800.00 | | 2,205.92 |
| 2/19 | | Fla Dept Revenue C01 130215 000000013254121 Gaslight Square | | 1,773.76 | 432.16 |
| 3/8 | | Monthly Service Fee | | 16.00 | 416.16 |
| **Ending balance on 3/10** | | | | | **416.16** |
| **Totals** | | | **$1,800.00** | **$1,789.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 1 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 150 transactions per month. The fee for transactions over 150 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month is $0.30 per $100 deposited.

3/17/2013 3:50 PM

Account number: ●●●●1821   v   February 11, 2013 - March 10, 2013   v   Page 3 of 4



If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: ●●●●1821   v   February 11, 2013 - March 10, 2013   v   Page 4 of 4



## General statement policies for Wells Fargo Bank

v **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | | | | ____ _____(a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **TOTAL** | | $ _____(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation_____**

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: Gaslight Square Inc        Case Number: 8-12-bk-14765-KRM

Reporting Period beginning  2|1|13        Period ending  2|28|13

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL |  |  | $ 0 |  |  |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Gaslight Square Inc    Case Number: 8-12-bK-14765-KRM

Reporting Period beginning 2/1/13    Period ending 2/28/13

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| LLOYD'S OF LONDON | | AMR 32104 | Property | 1/10/2014 | Every 10th of month |
| NAUTILUS | | ANOO9874 | Excess | 1/10/2014 | |
| HULL | | VBA 214756 | Liability | 1/10/2014 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

Gaslight Square Rent Roll
Feb' 2013

| SUITE | TENANT | SQ OCCUPIED | TERM FROM | TERM TO | | GROSS RENTS MONTHLY | AGE RECEIVABLE | Security Deposit | |
|---|---|---|---|---|---|---|---|---|---|
| A-101- | Dept of Veterans | 4022 | 9/23/2009 | 9/22/2014 | $ | 6,342.92 | 45 days | None | |
| A-104 | Affair | | 9/23/2014 | 9/22/2019 | | | | | |
| B-106 | SmartRG,Inc | 1464 | 7/1/2012 | 6/30/2015 | $ | 1,464.00 | | | $3,200.00 |
| B-108 | SmartRG,Inc | 617 | 2/1/2013 | 1/31/2016 | $ | 617.00 | | | |
| B-204 | Sharon Peeler | 706 | 11/1/2012 | 10/31/2015 | | 576.57 | | | |
| C-101 | Figure Fair | 1931 | 2/15/1989 | 1/31/2016 | $ | 2,700.00 | 5 days | $ | 1,500.00 |
| C-102-104 | SunRaye Realty | 2196 | 8/1/2012 | 7/1/2013 | $ | 2,597.73 | 5 days | $ | 1,715.00 |
| | Reduced Rent Due to Economy Per Tenants Request | | | | | | | | |
| C-108 | Acadamy Insurance | 1148 | 10/1/2012 | 11/30/2015 | $ | 1,215.07 | | $ | 1,500.00 |
| C-201 | Learning & Tutoring | 815 | 6/1/2010 | 9/30/20115 | $ | 742.00 | 10 days | $ | 749.00 |
| | Reduced Rent Due to Economy Per Tenants Request | | | | | | | | |
| C-202 | S&G Services,Inc. | 774 | | | $ | 280.37 | | None | |
| D | Chili's | 6100 | 12/6/1986 | 12/5/2016 | $ | 13,109.69 | | None | |
| D-105 | Above the Barre | Based on 617 Actual 974 | 9/19/2011 | 4/30/2015 | $ $ $ | 696.65 - - | 10 days | $ | 700.00 |
| E-104 | ReachIt.OR,Inc. | 543 | 7/18/2012 | 7/31/2015 | $ | 384.63 | 5 days | $ | 600.00 |
| F-101 | Bath & Biscuit | 985 | 12/1/2010 | 5/31/2016 | $ | 1,614.01 | 5 days | $ | 3,000.00 |
| Total SF | | 40,205 | | | $ | 32,340.64 | | 12964 | |

| Occupied | 22,185 | 0.55 | % Occupied |
|---|---|---|---|
| Vacant | 18,020 | 0.45 | % Vacancy |