UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GASLIGHT SQUARE, INC.,    CASE NO.: 8:12-bk-14765-KRM

        Debtor.    CHAPTER 11
_____/

**AGREED ORDER GRANTING JOINT MOTION TO CONTINUE CONFIRMATION HEARING ON JUNE 20, 2013 AT 10:30 A.M.**

THIS CAUSE having come before the Court on the Joint Motion to Continue Confirmation Hearing on June 20, 2013 at 10:30 a.m. (the "Motion") (Doc. No. 92) filed by Wells Fargo Bank, N.A. as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-CIBC11 (the "Lender"), and Gaslight Square, Inc. (the "Debtor") counsel having agreed in advance on the terms of this Order, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1.    The Motion is GRANTED.

2.    The hearing scheduled for June 20, 2013 at 10:30 a.m. will go forward as status conference regarding scheduling the auction, confirmation, and the final sale hearing.

3.    The Confirmation Hearing will be continued to a future date to be determined consistent with the findings made and actions taken at the June 20, 2013 status conference.

DONE and ORDERED in Tampa, Florida on   June 12, 2013  .

_____
K. RODNEY MAY
U.S. Bankruptcy Judge

2040200 v1

Copies:

Michael A. Nardella, Attorney for Lender, is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of this Order